IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| PECOS RIVER TALC LLC,<br><br>　Plaintiff,<br><br>　v.<br><br>THERESA SWAIN EMORY, *et al.*<br><br>　Defendants. | Case No. 4:24-cv-75 |

## ORDER

Before the Court is the parties' Joint Motion to Bifurcate Discovery and Amend the Scheduling Order. ECF No. 35. For good cause shown, the Motion is **GRANTED WITH MODIFICATIONS**.

The February 28, 2025 Scheduling Order (ECF No. 34) is **VACATED**. The following deadlines shall govern the litigation through the briefing of dispositive motions related to Phase II:

| **Deadline** | **Date** |
|---|---|
| Joinder of additional parties, leave to amend pleadings under Fed. R. Civ. P. 15(a)(2)[1] | March 14, 2025 |
| Motions to amend pleadings pursuant to Fed. R. Civ. P. 15(a)(2) | March 30, 2025 |
| Phase I Fed. R. Civ. P. 26(a)(2)(B) disclosures | May 2, 2025 |
| Rebuttal | May 30, 2025 |
| Sur-rebuttal | June 13, 2025 |
| Close of Phase I fact discovery | June 27, 2025 |

---

[1] Any motion to amend pleadings filed after this deadline must satisfy Fed. R. Civ. P. 16(b)(4)'s good cause standard.

| Close of all Phase I discovery | July 7, 2025 |
|---|---|
| Deadline to request leave to file Phase I *Daubert* motions | July 14, 2025 |
| Phase I dispositive motions | July 21, 2025 |
| Responses to Phase I dispositive motions | August 4, 2025 |
| Replies to Phase I dispositive motions | August 10, 2025 |
| Phase II begins[2] | 45 days after the Court's decision on all Phase I dispositive motions |
| Phase II Fed. R. Civ. P. 26(a)(2)(B) disclosures | 45 days after Phase II begins |
| Rebuttal | 30 days after initial disclosures |
| Sur-rebuttal | 20 days after rebuttal |
| Close of all Phase II discovery | 120 days after Phase II begins |
| *Daubert* motions / Phase II dispositive motions | 150 days after Phase II begins |
| Responses to *Daubert* motions / Phase II dispositive motions | 14 days after motions filed |
| Replies to *Daubert* motions / Phase II dispositive motions | Six days after responses filed |

After the Court rules on the Phase I dispositive motions, it will either set a scheduling conference or direct the parties to submit a joint proposal that includes all trial-related deadlines.

**IT IS SO ORDERED.**

/s/ *JKW*

Jamar K. Walker
United States District Judge

Newport News, Virginia
March 5, 2025

---

[2] This is the first date any party may be required to respond to a Phase II deposition notice or other discovery request.

2