IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

PECOS RIVER TALC LLC,

    Plaintiff,

v.

DR. THERESA SWAIN EMORY, DR. RICHARD LAWRENCE KRADIN, AND DR. JOHN COULTER MADDOX,

    Defendants.

Civil Action No. 4:24-cv-75

## ORDER

This matter comes before the Court pursuant to the Joint Motion to Modify Scheduling Order filed by Plaintiff Pecos River Talc LLC and Defendants Drs. Theresa Emory, John Maddox, and Richard Kradin. For good cause shown, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that the case schedule is modified as set forth below:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Phase 1 fact discovery | June 27, 2025 | N/A |
| Close of all Phase I discovery (includin  fact discover  ) | July 7, 2025 | October 3, 2025 |
| Deadline to request leave to file Phase I Daubert motions | July 14, 2025 | October 10, 2025 |
| Phase I dispositive motions | July 21, 2025 | October 17, 2025 |
| Responses to Phase I dispositive motions | August 4, 2025 | November 7, 2025 |
| Replies to Phase I dispositive motions | August 10, 2025 | November 21, 2025 |

All other terms of the litigation schedule shall remain in effect. *See* ECF No. 39.

**IT IS SO ORDERED.**

Norfolk, Virginia
June 5, 2025

                      /s/
Jamar K. Walker
United States District Judge