**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | |
|---|---|
| PECOS RIVER TALC LLC<br><br>          Plaintiff<br><br>v.<br><br>DR. THERESA SWAIN EMORY, DR.<br>RICHARD LAWRENCE KRADIN, AND<br>DR JOHN COULTER MADDOX<br><br>          Defendants. | Civil Action No. 4:24-cv-00075-JKW-RJK |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Pecos River Talc LLC ("Pecos River"), through counsel, hereby submits the attached decision of the Fourth Circuit in *Peninsula Pathology Associates v. American International Industries*, No. 23-1972 (4th Cir. June 18, 2025), in further support of Pecos River's pending Motion for the Identities in Defendants' Article (the "Motion to Compel") (ECF No. 44).[1]

Defendants' opposition to the Motion to Compel relies on a declaration filed in *Peninsula Pathology Associates*, No. 4:22-MC-1 (E.D. Va.). *See* ECF No. 53 at 25. Defendants have also previously relied on the district court's decision in that case to oppose discovery. *See* ECF No. 19 at 10.

In *Peninsula Pathology Associates*, American International Industries ("AII")—a defendant in a talc case in New York—served a third-party subpoena to Dr. Emory and Dr. Maddox's company seeking the identities of the individuals in the Article. Applying a higher

---

[1] Notices of supplemental authority that "contain no legal argument and alert the Court to a case that was unavailable at the time of pleading" are "common practice" in this Court. *Ashghari-Kamrani v. United Servs. Auto. Ass'n*, No. 2:15-cv-478, 2016 U.S. Dist. LEXIS 187869, at *7 (E.D. Va. Mar. 18, 2016).

standard for third party-subpoenas, the district court ruled that the subpoena was unduly burdensome. AII appealed, and the Fourth Circuit scheduled oral argument.

During the pendency of the appeal, however, the plaintiff in the underlying case in New York voluntarily dismissed his lawsuit with prejudice. The Fourth Circuit ruled that dismissal mooted the appeal and therefore vacated the district court's decision: "Because AII has been 'frustrated from securing appellate review' of the district court's decision to quash AII's subpoena through no fault of its own, we will vacate that part of the district court's judgment." The Fourth Circuit's decision is attached as **Exhibit A**.

Dated: June 20, 2025                         Respectfully submitted,

                                             _/s/ Benjamin L. Hatch_____
                                             **MCGUIREWOODS LLP**
                                             Benjamin L. Hatch (VSB No. 70116)
                                             Sylvia Macon Kastens (VSB No. 92375)
                                             World Trade Center
                                             101 West Main Street, Suite 9000
                                             Norfolk, VA 23510-1655
                                             Telephone: (757) 640-3727
                                             Facsimile: (757) 640-3947
                                             bhatch@mcguirewoods.com
                                             skastens@mcguirewoods.com

                                             Samuel L. Tarry, Jr. (VSB No. 36850)
                                             1750 Tysons Boulevard, Suite 1800
                                             Tysons, VA 22102-4215
                                             Telephone: (703) 712 5000
                                             Facsimile: (703) 712 5050
                                             starry@mcguirewoods.com

                                             **KIRKLAND AND ELLIS LLP**
                                             Kristen Fournier (VSB No. 48290)
                                             Matthew Bush (pro hac vice)
                                             601 Lexington Avenue
                                             New York, NY 10022
                                             Telephone: (646) 444-9333
                                             Facsimile: (212) 446 4900

kristen.fournier@kirkland.com
matthew.bush@kirkland.com

*Counsel for Pecos River Talc LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to all counsel of record.

*/s/ Benjamin L. Hatch*
Benjamin L. Hatch (VSB No. 70116)