UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

PECOS RIVER TALC, LLC,

    Plaintiff,

v.                                                       Action No. 4:24cv75

DR. THERESA SWAIN EMORY, *et al.*,

    Defendants.

## O R D E R

This matter is before the Court on its own accord. On July 8, 2025, the Court granted plaintiff's motion to compel and ordered defendants to file an amended answer to the complaint. ECF No. 73. The Court entered a protective order that governs, among other things, defendants' discovery production pursuant to that decision. ECF No. 75. Defendants have filed a redacted amended answer, ECF No. 77, and an unredacted amended answer under seal, ECF No. 78.

This Court cannot merely serve as a "rubber stamp" for sealing documents, *see Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999), because there are other interests at stake—such as the public's right to judicial documents—beyond those of the parties. *See In re Grand Jury Subpoena*, 836 F.2d 1468, 1475 n.11 (4th Cir. 1988) ("Sealing the discovery process in civil proceedings . . . sacrifices the traditional interest of the public in obtaining access to civil proceedings."); *Va. Dep't of State Police v. Washington Post*, 386 F.3d 567, 577–80 (4th Cir. 2004) (discussing the public's First Amendment right to access court documents parties wish to seal). Agreement between the parties and/or non-parties to seal documents without sufficient predication that the underlying materials are entitled to protection

does not establish good cause for sealing considering the public's right to inspect and copy judicial records.

The redacted material in defendants' amended answer goes beyond what the Court recognized in the protective order. Given the unique nature of the answer as a pleading, defendants may redact only the names of the subjects. Therefore, defendants are **ORDERED** to file an amended redacted answer consistent with this order **not later than July 23, 2025**.

The Clerk is **DIRECTED** to send a copy of this order to all counsel of record.

**IT IS SO ORDERED.**

/s/
Robert J. Krask
United States Magistrate Judge

Norfolk, Virginia
July 18, 2025