IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| PECOS RIVER TALC LLC,<br><br>　　　　Plaintiff,<br><br>　　-v-<br><br>DR. THERESA SWAIN EMORY, DR. RICHARD LAWRENCE KRADIN, AND DR. JOHN COULTER MADDOX,<br><br>　　　　Defendants. | Civil Action No. 4:24-cv-75<br><br>**DECLARATION OF MATTHEW BUSH** |

I, Matthew Bush, declare as follows:

I am an attorney and partner with the law firm Kirkland & Ellis LLP, counsel for Plaintiff Pecos River Talc LLC in the above-captioned matter. I am licensed in the State of New York and admitted to practice before this Court. I am familiar with the files, documents, and correspondence in this case and submit this declaration concurrently with, and in support of, Plaintiff's Motion for Sanctions filed in this proceeding. I have personal knowledge of the matters stated in this declaration, and if called upon to testify, could and would do so competently.

　　1.　　Attached as **Exhibit 1** is a true and correct copy of a February 23, 2020 email from Dr. Kradin to Drs. Maddox and Emory (Bates stamped MADDOX_00001941).

　　2.　　Attached as **Exhibit 2** is a true and correct copy of excerpts of the transcript of Dr. Richard L. Kradin's deposition dated September 17, 2025.

　　3.　　Attached as **Exhibit 3** is a true and correct copy of *Malignant Mesothelioma Following Repeated Exposures to Cosmetic Talc: A Case Series of 75 Patients*, an article co-authored by Drs. Kradin, John Maddox, and Theresa Emory.

4. Attached as **Exhibit 4** is a true and correct copy of an excerpt of Dr. Richard Kradin's Aug. 08, 2025, Amended and Supplemental Responses to Third Set of Interrogatories.

5. Attached as **Exhibit 5** is a true and correct copy of excerpts of the transcript of Dr. Siobhan Cashman's deposition dated September 16, 2025 (with redactions).

6. Attached as **Exhibit 6** is a true and correct copy of excerpts of the transcript of Dr. Theresa Emory's deposition dated October 3, 2025 (with redactions).

7. Attached as **Exhibit 7** is a true and correct copy of a November 25, 2019 email from Dr. Kradin to Dr. Maddox (Bates stamped MADDOX_00001674) (with redactions).

8. Attached as **Exhibit 8** is a true and correct copy of an excerpt of a draft of the Article from a December 17, 2019 attachment to an email from Dr. Kradin to Dr. Maddox (Bates sampled MADDOX_00001734).

9. Attached as **Exhibit 9** is a true and correct copy of a December 17, 2019 email from Dr. Kradin to Dr. Maddox. (Bates stamped MADDOX_00001733).

10. Attached as **Exhibit 10** is a true and correct copy of a February 9, 2020 email from Dr. Kradin to Drs. Maddox and Emory. (Bates stamped EMORY_00001189).

11. Attached as **Exhibit 11** is a true and correct copy of Google's Data Retention Policy as of October 13, 2025.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed on October 20, 2025

_Matthew Bush_
Matthew L. Bush