**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

PECOS RIVER TALC LLC,

        Plaintiff,

        -v-

DR. THERESA SWAIN EMORY, DR.
RICHARD LAWRENCE KRADIN, AND
DR. JOHN COULTER MADDOX,

        Defendants.

Civil Action No. 4:24-cv-75

**DECLARATION OF MATTHEW BUSH IN SUPPORT OF PLAINTIFF PECOS RIVER TALC LLC'S REPLY TO MOTION TO COMPEL**

I, Matthew Bush, declare as follows:

I am an attorney and partner with the law firm Kirkland & Ellis LLP, counsel for Plaintiff Pecos River Talc LLC ("Pecos River") in the above-captioned matter. I am licensed in the State of New York and admitted to practice before this Court. I am familiar with the files, documents, and correspondence in this case and submit this declaration concurrently with, and in support of, Plaintiff's Motion for Sanctions filed in this proceeding. I have personal knowledge of the matters stated in this declaration, and if called upon to testify, could and would do so competently.

1.      Identifying an exhibit below as a "true and correct copy" includes documents redacted consistent with the Protective Order entered in this case.

2.      Attached as **Exhibit 22** is a true and correct copy of the court reporter's email transmitting Dr. Kradin's deposition transcript to undersigned counsel.

3.      Attached as **Exhibit 23** is a true and correct copy of the court reporter's email transmitting Dr. Maddox's deposition transcript to undersigned counsel.

4.      Attached as **Exhibit 24** is a true and correct copy of counsel for Defendants' August 6, 2025 e-mail to undersigned counsel.

5.      Attached as **Exhibit 25** is a true and correct copy of the court reporter's email transmitting Dr. Emory's deposition transcript to undersigned counsel.

6.      Attached as **Exhibit 26** is a true and correct copy of the parties' October 13 and 14 e-mails.

7.      Attached as **Exhibit 27** is a true and correct copy of excerpts of the transcript of Dr. Theresa Swain Emory's deposition dated October 3, 2025.

8.      Attached as **Exhibit 28** is a true and correct copy of excerpts of Dr. Richard Kradin's Amended Responses and Objections to the First Set of Requests for Admission and Responses and Objections to the Second Set of Requests for Admission, in this matter.

9.      Attached as **Exhibit 29** is a true and correct copy of excerpts of Dr. Richard Kradin's Responses and Objections to the Fourth Set of Requests for Admission, in this matter.

10.      Attached as **Exhibit 30** is a true and correct copy of the September 17, 2025 Deposition of Dr. Richard Kradin in this matter.

11.      Attached as **Exhibit 31** is a true and correct copy of excerpts of Dr. Richard Kradin's Amended Responses and Objections to the First Set of Interrogatories and Responses and Objections to the Second Set of Interrogatories in this matter.

12.      Attached as **Exhibit 32** is a true and correct copy of excerpts of Dr. Richard Kradin's Amended Responses and Objections to the Second Set of Interrogatories in this matter.

13.      Attached as **Exhibit 33** is a true and correct copy of the September 2023 Declaration of Dr. Theresa Emory.

14.     Attached as **Exhibit 34** is a true and correct copy of the September 2023 Declaration of Dr. Richard Kradin.

15.     Attached as **Exhibit 35** is a true and correct copy of excerpts of Dr. Theresa Emory's Amended Responses and Objections to First Set of Requests for Admissions and Responses and Objections to Second Set of Requests for Admission Served by Plaintiff in this matter.

16.     Attached as **Exhibit 36** is a true and correct copy of excerpts of Dr. Richard Kradin's Amended Responses and Objections to First Set of Requests for Admission and Responses and Objections to Second Set of Requests for Admission Served by Plaintiff in this matter.

17.     Attached as **Exhibit 37** is a true and correct copy of excerpts of Dr. John Maddox's Amended Responses and Objections to First Set of Requests for Admission and Responses and Objections to Second Set of Requests for Admission Served by Plaintiff in this matter.

18.     Attached as **Exhibit 38** is a true and correct copy of a June 23, 2020 Expert Witness Disclosure Letter from Simon Greenstone Panatier Shareholder Leah Kagan.

19.     Attached as **Exhibit 39** is a true and correct copy of Dr. Theresa Emory's August 26, 2019 Surgical Pathology Report in the matter of Case No. 16.

20.     Attached as **Exhibit 40** is a true and correct copy of October 24, 2017 Expert Report of Dr. Richard Kradin in the matter of Case No. 52.

21.     Attached as **Exhibit 41** is a true and correct copy of excerpts of the September 24, 2018 Trial Transcript in the matter of Case No. 33.

22.     Attached as **Exhibit 42** is a true and correct copy of excerpts of the October 1, 2020 Deposition of Dr. Theresa Emory in the matter of *Bell v. American International Industries et al.*

(Case No. 1:17-cv-00111) (M.D.N.C.) entered in the Emory Deposition in this matter as Exhibit 11.

*23.*    Attached as **Exhibit 43** is a true and correct copy of Dr. John Maddox's May 13, 2020 Deposition in the matter of *Christina Lopez and Carlos Lopez v. Brenntag North America, Inc., et al.* (Case No. 2017-86022-ASB) (11th J. Dist., Harris County, Tex.).

24.    Attached as **Exhibit 44** is a true and correct copy of excerpts of the August 11, 2020 Deposition of Dr. Richard Kradin in the matter of *Palumbo v. Johnson & Johnson* (Case No. PC18-8053) (R.I. Superior Ct.).

25.    Attached as **Exhibit 45** is a true and correct copy of the Declaration of Dr. Theresa Emory in the matter of *Gref v. Am. Int'l Indus. et al.* (Case No. 1:20-cv-5589-GBD) (S.D.N.Y.).

26.    Attached as **Exhibit 46** is a true and correct copy of Dr. Theresa Emory's February 10, 2020 Email to Christi Dutton.

27.    Attached as **Exhibit 47** is a true and correct copy of the attachment to Exhibit 46.

28.    Pecos River has produced 10,306 documents in this case. Defendants and Dr. Cashman have produced a combined 3,388 documents in this case.

29.    During the October 17, 2025 meet and confer, defense counsel did not have any counterproposal regarding Pecos River's proposed interrogatories and stated they would need to speak to their clients regarding any counterproposal.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Dated: November 18, 2025

_____
Matthew L. Bush

4